AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Branch Banking and Trust Company,
*Plaintiff*
v.
Market Logistics Inc.; Michael G. Cale; Mildred J Cale,
*Defendant*

Civil Action No.    6:16-cv-00280-HMH

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Branch Banking and Trust Company recover  jointly and severally from the defendants Market Logistics, Inc, Michael Cale, and Mildred Cale jointly and severally the amount of Five Million, One Hundred and Fifty-One Thousand, Three Hundred and Seventy-Four dollars and 85/100 ( $5,151,374.85),  plus postjudgment interest at the rate of .68%, in addition to $772,706.23 in attorney's fees and collection costs.

■ the plaintiff Branch Banking and Trust Company recover jointly and severally from the defendants Market Logistics, Inc. and Michael Cale in the amount of Fifteen Million, Four Hundred and Fifty-Four Thousand, One Hundred and Twenty-Four dollars and 60/100 ($15,454,124.60),  plus postjudgment interest at the rate of .68% plus, in additional to $134,432.97 in attorney's fees and collection expenses.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr.

Date:    June 3, 2016                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                  s/Ashley Buckingham
                                                                  *Signature of Clerk or Deputy Clerk*